UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
April 4, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:17-po-00252-EFB |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER FOR RELEASE OF |
| MICHIEL G. GERLACH, ) | PERSON IN CUSTODY |
| Defendant. ) | |
| ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, MICHIEL G. GERLACH, Case No. 2:17-po-00252-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__X__ Release on Personal Recognizance

____ Bail Posted in the Sum of: $

    ____ Co-Signed Unsecured Appearance Bond

    ____ Secured Appearance Bond

    ____ (Other) <u>Conditions as stated on the record.</u>

    ____ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _4/4/2019_ at _2:52 p.m_

By _____
Edmund F. Brennan
United States Magistrate Judge